

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00400-CR

Christina Marie **WOOLARD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 19-11-0291-CRA
Honorable Bob Brendel, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED October 6, 2021.

_____
Beth Watkins, Justice